IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MARILYN BELTON,                )<br>                                )<br>    Plaintiff,               )<br>                                )    CIVIL ACTION NO.<br>    v.                          )      3:10cv814-MHT<br>                                )           (WO)<br>RUSSELL COUNTY BOARD OF         )<br>EDUCATION, et al.,              )<br>                                )<br>    Defendants.                )| |

OPINION

Plaintiff Marilyn Belton filed this lawsuit asserting claims of retaliation arising out of her employment with the Russell County School System.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that defendants Russell County Board of Education, Lillian Baker, and Marcia Johnson's motions for summary judgment should be granted and that plaintiff's Belton's motion for summary judgment and defendant Lalanya Almesha Ramsey's motion for summary judgment should be denied.  Also before the court are plaintiff Belton's and defendant Ramsey's objections to

the recommendations.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of September, 2012.

                                             /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**