IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MARILYN BELTON, )<br>)<br>   Plaintiff, )<br>) CIVIL ACTION NO.<br>   v. ) 3:10cv814-MHT<br>) (WO)<br>RUSSELL COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>   Defendants. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Marilyn Belton's objections (doc. nos. 117 and 121) are overruled.

(2) Defendant Lalanya Almesha Ramsey's objections (doc. no. 118) are overruled.

(3) The magistrate judge's recommendations (doc. nos. 115 and 119) are adopted.

(4) Plaintiff Belton's motion for summary judgment (doc. no. 106) is denied.

(5) Defendant Ramsey's motion for summary judgment (doc. no. 101) is denied.

(6) Defendants Russell County Board of Education, Lillian Baker, and Marcia Johnson's motions for summary judgment (doc. nos. 101, 102, and 104) are granted.

(7) Judgment is entered favor of defendants Russell County Board of Education, Baker, and Johnson and against plaintiff Belton on plaintiff Belton's remaining retaliation claims, with plaintiff Belton taking nothing by her complaint as to these defendants on her remaining retaliation claims.

It is further ORDERED that defendants Russell County Board of Education, Baker, and Johnson are terminated as parties.

It is further ORDERED that this case is referred back to the magistrate judge as to plaintiff Belton's remaining retaliation claims against defendant Ramsey.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 26th day of September, 2012.**

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**