IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MARILYN BELTON, )<br>)<br>  Plaintiff, )<br>) CIVIL ACTION NO.<br>  v. ) 3:10cv814-MHT<br>) (WO)<br>LALANYA ALMESHA RAMSEY, )<br>)<br>  Defendant. ) | |

OPINION

The sole claim now remaining in this case is plaintiff Marilyn Belton's charge that defendant LaLanya Almesha Ramsey retaliated against her for filing a discrimination charge, in violation of 42 U.S.C. § 1981, as enforced through 42 U.S.C. § 1983.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that summary judgment be entered in favor of Ramsey and against Belton.  Also before the court are Belton's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be

overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of November, 2012.

                                        /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**