IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MARILYN BELTON,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     3:10cv814-MHT
                               )         (WO)
LALANYA ALMESHA RAMSEY         )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Marilyn Belton's objections (doc. no. 126) are overruled.

(2) The magistrate judge's recommendations (doc. no. 125) is adopted.

(3) Judgment is entered in favor of defendant Lalanya Almesha Ramsey and against plaintiff Marilyn Belton, with plaintiff Belton taking nothing by her complaint against defendant Ramsey.

It is further ORDERED that costs are taxed against plaintiff Belton, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of November, 2012.

                                                         /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE